IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Washington, Gwendolyn

Printed: 4/8/08

Case Number: 07 B 06285
Judge: Wedoff, Eugene R
Filed: 4/7/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 21, 2008
Confirmed: August 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,016.40 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,907.51 |
| Trustee Fee: |  | 108.89 |
| Other Funds: |  | 0.00 |
| Totals: | 2,016.40 | 2,016.40 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,424.00 | 1,907.51 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | EMC Mortgage Corporation | Secured | 48,847.61 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 329.96 | 0.00 |
| 5. | National Capital Management | Unsecured | 509.16 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 929.20 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 1,114.12 | 0.00 |
| 8. | Illinois Dept of Revenue | Unsecured | 35.47 | 0.00 |
| 9. | Austin Bank of Chicago | Unsecured | | No Claim Filed |
| 10. | Armor Systems Co | Unsecured | | No Claim Filed |
| 11. | National Credit | Unsecured | | No Claim Filed |
| 12. | Armor Systems Co | Unsecured | | No Claim Filed |
| 13. | Total Recov | Unsecured | | No Claim Filed |
| | | | $ 54,189.52 | $ 1,907.51 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 108.89 |
| | $ 108.89 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Washington, Gwendolyn | Case Number: 07 B 06285 |
| | Judge: Wedoff, Eugene R |
| Printed: 4/8/08 | Filed: 4/7/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

